# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BROOKE D. BECKLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 4:19-cv-03438-RK |
| | ) | Crim No. 4:16-cr-03084-RK-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW

COMES NOW, Dan Goldberg, Assistant Federal Public Defender and requests an Order from this Court allowing this Office to withdraw from representation in the above referenced case.

## SUGGESTIONS IN SUPPORT

1. On December 18, 2019, Ms. Beckley filed a motion to vacate under 28 U.S.C. § 2255.

2. On December 18, 2019, a standing order pursuant to *United States v. Davis* was issued appointing the Federal Public Defender's Office to represent Ms. Beckley. The order limited the appointment to cases affected or potentially affected by *Davis*.

3. Undersigned counsel has reviewed Ms. Beckley's case, and does not believe she is eligible for relief under *Davis*.

WHEREFORE, undersigned counsel requests this Court to issue an Order allowing the Federal Public Defender's Office to withdraw from representation in this case.

Respectfully submitted,

/s/ Dan Goldberg
<u>Dan Goldberg</u>
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
(816) 471-8282

## **CERTIFICATE OF SERVICE**

It is CERTIFIED the foregoing was electronically filed on this 2nd day of January, 2020, and that a copy was e-mailed to all parties pursuant to the ECF system.

/s/ Dan Goldberg
Dan Goldberg
